United States District Court
Southern District of Texas
**ENTERED**
September 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER HERRICK, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:21-CV-168 |
| § | |
| ISLAMIC REPUBLIC OF IRAN, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the Court's Order and Opinion (Doc. 20) granting in part and denying in part Plaintiffs Christopher Herrick and Nancy J. Boland's Motion for Default Judgment, Final Judgment is entered in favor of Plaintiff Christopher Herrick as to all of his causes of action against Defendant Islamic Republic of Iran.  Accordingly, it is:

**ORDERED** that Plaintiff Nancy J. Boland take nothing on all claims against Defendant Islamic Republic of Iran;

**ORDERED** that Plaintiff Christopher Herrick shall recover $7.5 million in compensatory damages and $37.5 million in punitive damages on his cause of action pursuant to the state-sponsored terrorism exception to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A; and

**ORDERED** that this Final Judgment shall bear post-judgment interest at the statutory rate of 2.94% per annum from August 17, 2022, until it is paid in full, for all of which execution shall issue.[1]

All other relief not expressly granted is denied.

Each party shall be responsible for its own fees and costs.[2]

---

[1] *See* 28 U.S.C. § 1961.  "An award of post-judgment interest under this statute is mandatory, not discretionary." *Selig v. Islamic Republic of Iran*, No. 1:19-CV-02889-TNM, 2021 WL 5446870, at *26 (D.D.C. Nov. 22, 2021) (internal citations omitted).

[2] The Court in its discretion declines to award pre-judgment interest.  *See, e.g., Oldham v. Korean Air Lines Co.*, 127 F.3d 43, 54 (D.C. Cir. 1997) (quoting *Motion Picture Ass'n of Amer. v. Oman*, 969 F.2d 1154, 1157 (D.C. Cir. 1992)) (explaining that the decision whether to award prejudgment interest rests within the "discretion of the court [subject to] equitable considerations").

The Clerk of Court is directed to close this matter.

Signed on September 2, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge